OPINION OF THE COURT
Memorandum.
The order of the Appellate Division should be affirmed, without costs.
*806 This special proceeding instituted pursuant to article 16 of the Election Law was brought on by service of an order to show cause accompanied by an annexed unverified petition. Section 16-116 of the Election Law requires that such a proceeding be "heard upon a verified petition”. To find an unverified petition nonetheless acceptable to institute the special proceeding would not serve practical purposes or advance the policy behind section 16-116 of the Election Law (cf. Matter of Diamond v Power, 21 AD2d 660, mot for lv to app den 14 NY2d 484; Matter of Becker v Power, 207 Misc 53; see Matter of Tuomey v Cohen, 296 NY 628; Matter of Bednarsh v Cohen, 267 App Div 133, mot for lv to app den 292 NY 723; Devine v Cohen, 73 NYS2d 317).